## HOLMBERG v. HENDY.

### No. 9131; March 31, 1886.

10 Pac. 394.

**Replevin—Form of Verdict and Judgment.—**In an action of claim and delivery, the verdict and judgment must be in the alternative, as provided by section 667 of the California Code of Civil Procedure.

APPEAL from Superior Court, Calaveras County.

Action for claim and delivery. The verdict and judgment were not in the alternative form, but merely for plaintiff for the sum of eleven hundred dollars and interest.

William H. H. Hart for appellant; Ira H. Reed for respondent.

ROSS, J.—The action is claim and delivery. The judgment does not conform to the requirements of the statute in such cases, for which reason it must be reversed: Code Civ. Proc., sec. 667; Berson v. Nunan, 63 Cal. 550. The verdict contains the same vice, for which reason a proper judgment could not be here ordered, assuming that none of the other points made by appellants are well taken. A new trial must therefore be ordered without reference to the other points.

Judgment and order reversed and cause remanded for a new trial.

We concur: Myrick, J.; McKinstry, J.